| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SCOTT, | 1:24-cv-00284-SAB (PC) |
| Plaintiff, | |
| v. | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS (Doc. No. 2) |
| DEPUTY R. RODRIGUEZ, | |
| Defendant. | and |
| | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE KINGS COUNTY SHERIFF |

Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Kings County Sheriff is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

///

1  In accordance with the above and good cause appearing therefore, IT IS HEREBY
2  ORDERED that:

3  Plaintiff's application to proceed in forma pauperis is GRANTED;

4  **The Kings County Sheriff or his designee shall collect payments from plaintiff's**
5  **prison trust account in an amount equal to twenty percent (20%) of the preceding month's**
6  **income credited to the prisoner's trust account and shall forward those payments to the**
7  **Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with**
8  **28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the**
9  **Clerk of the Court.  The payments shall be clearly identified by the name and number**
10 **assigned to this action.**

11 The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in
12 forma pauperis application on the Kings County Sheriff located at P.O. Box 1699, Hanford, CA
13 93230.

14  The Clerk of the Court is directed to serve a copy of this order on the Financial
15 Department, U.S. District Court, Eastern District of California, Sacramento Division.

16 Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified
17 copy of his prison trust account statement for the six-month period immediately preceding the
18 filing of the complaint, if plaintiff has not already done so.

IT IS SO ORDERED.

Dated:   **March 8, 2024**

UNITED STATES MAGISTRATE JUDGE

2