UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SCOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPUTY R. RODRIGUEZ,<br><br>    Defendant. | No. 1:24-cv-00284-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 6) |

    Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

    On March 26, 2024, the Court screened Plaintiff's complaint, found no cognizable claims, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 6.) Plaintiff has failed to file an amended complaint or otherwise respond to the Court's March 26, 2024 order and the time to do so has passed. Accordingly, Plaintiff shall be ordered to show cause why the action should not be dismissed for failure to state a cognizable claim for relief, failure to prosecute, and failure to comply with a court order.

    Accordingly, it is HEREBY ORDERED that:

1.     Within **fourteen (14)** days from the date of service of this order Plaintiff shall show cause why the action should not be dismissed; and

1

2. Failure to comply with this order will result in a recommendation to dismiss this action for failure to state a cognizable claim for relief, failure to prosecute, and failure to comply with a court order.

IT IS SO ORDERED.

Dated: __May 6, 2024__

UNITED STATES MAGISTRATE JUDGE