UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SCOTT,<br><br>                Plaintiff,<br><br>        v.<br><br>DEPUTY R. RODRIGUEZ,<br><br>                Defendant. | No. 1:24-cv-00284-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 7) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On March 26, 2024, the Court screened Plaintiff's first amended complaint, found no cognizable claims, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 6.) Plaintiff failed to file an amended complaint or otherwise respond to the Court's order within thirty days. Therefore, on May 6, 2024, the Court ordered Plaintiff to show cause why the action should not be dismissed. (ECF No. 7.)

On May 7, 2024, Plaintiff filed a first amended complaint, self-dated April 10, 2024. Inasmuch as Plaintiff has now filed an amended complaint, the Court's May 6, 2024, order to show cause is DISCHARGED, and Plaintiff's first amended complaint will be screened in due course.

IT IS SO ORDERED.

Dated:  **May 8, 2024**

UNITED STATES MAGISTRATE JUDGE

1